### In re Kyle BUNCH, Petitioner.

### No. 13–1394.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 29, 2013.

Kyle Bunch, Petitioner Pro se.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyle Bunch petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Bunch's petition as frivolous on March 29, 2013. Accordingly, because the district court has recently decided Bunch's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*